# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Zain Jiwani
                                         Plaintiff,

v.                                                      Case No.: 3:25−cv−50176
                                                            Honorable Iain D. Johnston

The Hertz Corporation, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs and defendants in this and 21 other related cases ask that the cases be consolidated, that the Court appoint lead counsel, and that answers be stayed in each case until entry of a global scheduling order. See Dkt. 25 in 25 CV 50125. Answers are stayed until entry of a global scheduling order. By 7/30/2025 the plaintiffs shall file any motions to appoint lead counsel in only the earliest−filed case, 25 CV 50125. The Court will address the issues of consolidation and a scheduling order after lead counsel is appointed. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.